UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAul MOORE,                )<br>    Plaintiff,       )<br>                      )<br>                      )<br>                      )<br>                      )<br>KOHNER PROPERTIES, INCORPORATED,   )<br>    Defendant.      ) | CASE NO. 1:12-cv-0113 JMS-MJD<br><br>LOWER COURT CAUSE NO.:<br>49D05-1112-CT-048246 |

### DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT

**COMES NOW** Defendant Kohner Properties, Incorporated, by counsel, and for its Answer to Plaintiff's Complaint for Damages, state as follows:

### ANSWER

1. Moore was at all relevant times a resident of Marion County, Indiana.

    **ANSWER:** **Defendant is without information so as to admit or deny the allegations contained in the above rhetorical paragraph.**

2. Defendant Kohner Properties, Incorporated ("Kohner") was at all relevant times a for-profit foreign corporation registered to conduct business in the State of Indiana, with its corporate offices located in St. Louis Missouri.

    **ANSWER:** **Defendant admits the allegations as contained in the above rhetorical paragraph.**

3. Kohner owns and operates an apartment complex, known as Whitfield Square Apartments, located at 4555 North Arlington Avenue in Indianapolis, Indiana.

    **ANSWER: Defendant denies the allegations as contained in the above rhetorical**

**paragraph.**

4. On or around January 2, 2010, Moore was visiting a friend who lived at the Whitfield Square Apartments.

> **ANSWER: Defendant is without information so as to admit or deny the allegations contained in the above rhetorical paragraph.**

5. While in his friend's apartment, Moore was severely injured when he was shot multiple times by two assailants.

> **ANSWER: Defendant is without information so as to admit or deny the allegations contained in the above rhetorical paragraph.**

6. Kohner was negligent in failing to take reasonable precautions to protect its tenants and their guests, including Moore, from foreseeable criminal attacks.

> **ANSWER: Defendant denies the allegations as contained in the above rhetorical paragraph.**

7. As a direct and proximate result of Kohner's negligence, Moore suffered personal injuries and damages.

> **ANSWER: Defendant denies the allegations as contained in the above rhetorical paragraph.**

**WHEREFORE**, Defendant prays Plaintiff takes nothing by way of his complaint for damages, for costs of this action and for all other relief just and proper in the premises.

THRELKELD & ASSOCIATES

By: s/W. Brent Threlkeld
W. Brent Threlkeld
Attorney No. 1270-49
Brent@threlkeld-legal.com

By: s/Kayla J. Goodfellow
Kayla J. Goodfellow
Attorney No. 27849-49
Kgoodfellow@threlkeld-legal.com

Attorneys for Defendant Kohner Properties, Inc.
THRELKELD & ASSOCIATES
50 South Meridian Street, Ste 400
Indianapolis, Indiana 46204
Phone: 317.655.5200
Fax:     317-655-3150

## AFFIRMATIVE DEFENSES

**COMES NOW** Defendant Kohner Properties, Incorporated, and for its affirmative defenses state as follows:

1. Plaintiff's injuries, death and damages were caused by the fault/intentional acts of non-parties over whom this answering defendant had no control and for whom this answering defendant cannot be held accountable including Terry Drake who has been convicted of attempted murder of Paul Moore.

2. That plaintiff waived any rights against defendant for personal injury and resulting damages caused by third persons.

3. Plaintiff incurred the risk of injury/damage as alleged in his complaint.

4. That plaintiff has failed to join parties needed for just adjudication.

5. That plaintiff was a trespasser at Whitfield Square Apartments at the time of the accident.

**WHEREFORE** defendant Kohner Properties, Incorporated, by counsel, respectfully requests plaintiff take nothing by way of his complaint for damages, be assessed

costs, and for all other relief this Court deems just.

             THRELKELD & ASSOCIATES

         By: s/W. Brent Threlkeld
             W. Brent Threlkeld
             Attorney No. 1270-49
             Brent@threlkeld-legal.com

         By: s/Kayla J. Goodfellow
             Kayla J. Goodfellow
             Attorney No.  27849-49
             Kgoodfellow@threlkeld-legal.com

             Attorneys for Defendant Kohner Properties, Inc.
             THRELKELD & ASSOCIATES
             50 South Meridian Street, Ste 400
             Indianapolis, Indiana 46204
             Phone: 317.655.5200
             Fax:    317-655-3150

## **DEFENDANTS' REQUEST FOR JURY TRIAL**

  **COMES NOW** Defendant Kohner Properties, Incorporated, by counsel, and respectfully requests a trial by jury in the above captioned matter.

             THRELKELD & ASSOCIATES

         By: s/W. Brent Threlkeld
             W. Brent Threlkeld
             Attorney No. 1270-49
             Brent@threlkeld-legal.com

         By: s/Kayla J. Goodfellow
             Kayla J. Goodfellow
             Attorney No.  27849-49
             Kgoodfellow@threlkeld-legal.com

                                                Attorneys for Defendant Kohner Properties, Inc.
                                                THRELKELD & ASSOCIATES
                                                50 South Meridian Street, Ste 400
                                                Indianapolis, Indiana 46204
                                                Phone: 317.655.5200
                                                Fax:    317-655-3150

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on the _____ day of February, 2012. Notice of this filing will be sent to the following party or parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert D. King
Attorney No.  20983-49
rking@robertkinglaw.com
The Law Office of Robert D. King, Jr.
111 Monument Circle, #3540
Indianapolis, Indiana 46204

                                                s/W. Brent Threlkeld
                                                W. Brent Threlkeld

THRELKELD & ASSOCIATES
50 S. Meridian Street, Ste 400
Indianapolis, Indiana 46204
317.655.5200
317-655-3150